FREUD *v.* SAGINAW CIRCUIT JUDGE.

MANDAMUS—WHEN LIES—GARNISHMENT—DISMISSING PROCEEDINGS.

> *Mandamus* will not lie to compel the dismissal of garnishment proceedings on account of an alleged defective service in the original suit.

*Mandamus* by Julius Freud to compel Byron A. Snow, circuit judge of Saginaw county, to dismiss certain garnishment proceedings.   Submitted December 4, 1900. Writ denied February 12, 1901.

*Humphrey & Grant*, for relator.

*John F. O'Keefe*, for respondent.

PER CURIAM.   The writ must be denied on the ground that *mandamus* is not the proper remedy.   *Mardian* v. *Wayne Circuit Judge*, 118 Mich. 353 (76 N. W. 497), and cases cited; *St. Clair Tunnel Co.* v. *St. Clair Circuit Judge*, 114 Mich. 417 (72 N. W. 249); *City of Detroit* v. *Wayne Circuit Judge*, ante, 634 (85 N. W. 1).   See, also, the following unreported cases:  *Lee* v. *Wayne Circuit Judge*, *Schellenberg* v. *Wayne Circuit Judge*, *Township Board of St. Clair* v. *St. Clair Circuit Judge*, and *Eisenhardt* v. *Kent Circuit Judge*.